UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AGAMATRIX, INC.<br><br>　　　　　　　Defendant.　　／ | CASE NO. C-06-7268 JF<br><br>(Proposed)<br>**ORDER GRANTING PLAINTIFFS'<br>REQUEST TO ALLOW LEAD TRIAL<br>COUNSEL TO PARTICIPATE IN<br>INITIAL CASE MANAGEMENT<br>CONFERENCE BY TELEPHONE** |

Pursuant to Civil Local Rule 16-10(a), Plaintiffs have submitted a request to permit their lead trial counsel to participate in the Court's intial Case Management Conference by telephone.

IT IS HEREBY ORDERED THAT Plaintiffs' request shall be, and is hereby, GRANTED. Accordingly, Plaintiffs' lead trial counsel, James W. Cannon, Jr. and Paul Fehlner, are permitted to participate in the initial Case Management Conference by telephone.

Dated: 3/1/07

　　　　　　　　　　　　　　　Jeremy Fogel
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States District Judge

AUS01:453962.1