\*\*E-filed 7/3/07\*\*

| | |
|---|---|
| 1 | Patrick S. Thompson (SBN 160804) |
|   | Nicole Perroton (SBN 233121) |
| 2 | GOODWIN PROCTER LLP |
|   | 101 California Street, Suite 1850 |
| 3 | San Francisco, CA 94111 |
|   | Ph: 415.733.6000 |
| 4 | Fx: 415.677.9041 |
|   | pthompson@goodwinprocter.com |
| 5 | nperroton@goodwinprocter.com |
| 6 | J. Anthony Downs (*pro hac vice*) |
|   | Shirley S. Paley (*pro hac vice*) |
| 7 | GOODWIN PROCTER LLP |
|   | 53 State Street |
| 8 | Boston, MA 02109 |
|   | Ph:  617.570.1000 |
| 9 | Fx:  617.523.1231 |
|   | jdowns@goodwinprocter.com |
| 10 | spaley@goodwinprocter.com |
| 11 | Attorneys For Defendant |
|   | AGAMATRIX, INC. |

Goodwin Procter LLP
101 California St
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT DIABETES CARE, INC., | | Case No. C 06 07268 (JF) |
| | Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT |
| v. | | |
| AGAMATRIX, INC., | | |
| | Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. C 06 07268 (JF)

Abbott Laboratories and Abbott Diabetes Care, Inc. and AgaMatrix, Inc. have stipulated and agreed that the time to submit the Join Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-2 be extended by one business day from June 29, 2007 to July 2, 2007.

Respectfully submitted,

Dated: June 26, 2007

BAKER BOTTS LLP
Paul Fehlner (*pro hac vice*)
James W. Cannon (*pro hac vice*)
Scott D. Powers (*pro hac vice*)
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
Ph: 512.322.2678
Fx: 512.322.2501

By: /s/ Paul Fehlner
Attorneys for Plaintiffs
ABBOTT LABORATORIES and ABBOTT DIABETES CARE, INC.

Dated: June 26, 2007

GOODWIN PROCTER LLP
Patrick S. Thompson (SBN: 160804)
101 California St, Suite 1850
San Francisco, CA 94111
Ph: 415-733-6000
Fx: 415-677-9041

By: /s/ Shirley Paley/NEP
Attorneys for Defendant
AGAMATRIX, INC.

IT IS HEREBY ORDERED that the parties shall have up to and including July 2, 2007 to file the joint claim construction and prehearing statement.

DATED: 7/2/07

Hon. Jeremy Fogel
United States District Court Judge

---

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. C 06 07268 (JF)

2

*Goodwin Procter LLP*
*101 California St*
*San Francisco, CA 94111*