**\*E-FILED 7/12/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT LABORATORIES, et al., | No. C 06-07268 JF (RS) |
| Plaintiffs, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| AGAMATRIX, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **August 28, 2007**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 7/12/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

James W. Cannon , Jr     jim.cannon@bakerbotts.com, lisa.bosman@bakerbotts.com

J. Anthony Downs     jdowns@goodwinprocter.com,

Shannon Harpold Hutcheson     shannon.hutcheson@bakerbotts.com

Scott Daniel Powers     scott.powers@bakerbotts.com

Jason Rantanen     jason.rantanen@mto.com, dolores.reyes@mto.com

Rohit K. Singla     singlark@mto.com, ramirezt@mto.com

Patrick S. Thompson     pthompson@goodwinprocter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 7/12/07

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

2