**\*\*8/29/07**

ROHIT K. SINGLA (SBN 213057)
JASON RANTANEN (SBN 229404)
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA  94105
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077
Email:  *rohit.singla@mto.com*

PAUL F. FEHLNER (*pro hac vice*)
LISA D. TYNER (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2527
Facsimile: (212) 259-2527
*Email:  paul.fehlner@bakerbotts.com*
*Email:  lisa.tyner@bakerbotts.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
SCOTT D. POWERS (*pro hac vice*)
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX  78701
Telephone:      (512) 322-2653
Facsimile:      (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*
*Email:  scott.powers@bakerbotts.com*

Attorneys for Plaintiffs ABBOTT DIABETES
CARE INC. and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO. C 06 07268-JF<br><br>**JOINT STIPULATION STAYING REMAINING CASE MANAGEMENT SCHEDULE DEADLINES PENDING ENTRY OF REVISED SCHEDULE** AND ORDER |

1

JOINT STIPULATION STAYING REMAINING CASE
MANAGEMENT SCHEDULE DEADLINES PENDING
ENTRY OF REVISED SCHEDULE
CASE NO. C 06 07268-JF

1      On July 9, 2007, Abbott Diabetes Care Inc. and Abbott Laboratories ("Abbott")

2   filed a Motion for Leave to Amend Complaint to assert three additional patents against

3   AgaMatrix, Inc. ("AgaMatrix").  Abbott and AgaMatrix have attempted to negotiate a revised

4   case management schedule to allow for consideration of the three additional patents.   The Parties

5   have not reached agreement on a schedule and have agreed to submit competing case

6   management schedules to the Court.  Although the competing case management schedules are

7

8   different, they have in common that they request the postponement of the remaining deadlines

9   from the current case management schedule, as well as the postponement of the *Markman*

10  hearing.

11     Because the Parties have agreed that the remaining deadlines in the current case

12  management schedule should be postponed, Abbott and AgaMatrix, Inc. hereby stipulate and

13  agree that all remaining deadlines on the current case management schedule submitted on

14

15  February 23, 2007 will be postponed indefinitely pending resolution by the Court of the dispute

16  regarding a new case management schedule.  The remaining deadlines to be postponed include

17  the deadline for Abbott's submission of an opening brief on claim construction on August 13,

18  2007, the deadline for AgaMatrix's responsive brief on claim construction on August 27, 2007,

19  the deadline for Abbott's reply brief on claim construction on September 5, 2007, and the

20  *Markman* hearing, tentatively scheduled for September 19, 2007.

21

22

23     IT IS SO ORDERED.

24

25  Dated: 8/27/07        Jeremy Fogel, U.S. District Judge

26

27

28

             2

1

2   DATED:  August 9, 2007

3

4

5

6

7

8

9

10

11  DATED:  August 9, 2007

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

GOODWIN PROCTER LLP
J. Anthony Downs (*pro hac vice*)
Shirley S. Paley (*pro hac vice*)
53 State Street
Boston, MA 02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231


By: _____
Attorneys for Defendant
AGAMATRIX, INC.


BAKER BOTTS LLP
Paul F. Fehlner (*pro hac vice*)
James W. Cannon (*pro hac vice*)
Scott D. Powers (*pro hac vice*)
Lisa D. Tyner (*pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2527
Facsimile:  (212) 259-2527


By: _____
Attorneys for Plaintiffs
ABBOTT DIABETES CARE, INC. and
ABBOTT LABORATORIES

JOINT STIPULATION STAYING REMAINING CASE
MANAGEMENT SCHEDULE DEADLINES PENDING
ENTRY OF REVISED SCHEDULE
CASE NO. C 06 07268-JF