UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT DIABETES CARE, INC., <br><br>                 Plaintiffs, <br><br>         v. <br><br> AGAMATRIX, INC. <br><br> _____ Defendant.   / | CASE NO. C-06-7268 JF <br><br> (~~Proposed~~) <br> ORDER GRANTING PLAINTIFFS' REQUEST TO ALLOW LEAD TRIAL COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE |

Pursuant to Civil Local Rule 16-10(a), Plaintiffs have submitted a request to permit their lead trial counsel to participate in the Court's intial Case Management Conference by telephone.

IT IS HEREBY ORDERED THAT Plaintiffs' request shall be, and is hereby, GRANTED.  Accordingly, Plaintiffs' counsel, Paul Fehlner and Scott D. Powers, are permitted to participate in the October 5, 2007 Case Management Conference by telephone.

Dated: ____10/17/07_____              _____
                                            United States District Judge
                                            Jeremy Fogel

AUS01:453962.1