**E-filed 3/14/08**

Patrick S. Thompson (SBN 160804)
Nicole Perroton (SBN 233121)
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Ph: 415.733.6000
Fx: 415.677.9041
pthompson@goodwinprocter.com
nperroton@goodwinprocter.com

J. Anthony Downs (*pro hac vice*)
Shirley S. Paley (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Ph: 617.570.1000
Fx: 617.523.1231
jdowns@goodwinprocter.com
spaley@goodwinprocter.com

Attorneys For Defendant
AGAMATRIX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT DIABETES CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AGAMATRIX, INC., <br><br> Defendant. | Case No. C 06 07268 (JF) <br><br> JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE |

Due to scheduling conflicts that have arisen, Abbott Laboratories and Abbott Diabetes Care, Inc. and AgaMatrix, Inc. respectfully request that the Status Conference currently scheduled for March 14, 2008 be continued and re-set. The parties stipulate that they have agreed, subject to the Court's approval, to May 2, 2008 at 10:30 a.m. as an alternative to the current setting.

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE
Case No. C 06 07268 (JF)

Goodwin Procter LLP
Three Embarcadero Center, 24th Fl
San Francisco, CA 94111

Respectfully submitted,

Dated: March 11, 2008

BAKER BOTTS LLP
Paul Fehlner (*pro hac vice*)
James W. Cannon (*pro hac vice*)
Scott D. Powers (*pro hac vice*)
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
Ph: 512. 322.2678
Fx: 512.322.2501

By:_____/s/_____
   Attorneys for Plaintiffs
   ABBOTT LABORATORIES and ABBOTT
   DIABETES CARE, INC.

Dated: March 11, 2008

GOODWIN PROCTER LLP
J. Anthony Downs
Shirley S. Paley
53 State Street
Boston, MA 02109
Ph: 617-570-1000
Fx: 617-523-1231

By:_____/s/_____
   Attorneys for Defendant
   AGAMATRIX, INC.

IT IS HEREBY ORDERED that the status conference currently scheduled for March 14, 2008 be continued to May 2, 2008 at 10:30 a.m.

DATED: 3/14/08

_____
Hon. Jeremy Fogel
United States District Court Judge

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE
Case No. C 06 07268 (JF)