ROHIT K. SINGLA (SBN 213057)
JASON RANTANEN (SBN 229404)
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
Email: rohit.singla@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
SCOTT D. POWERS (*pro hac vice*)
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Telephone:   (512) 322-2653
Facsimile:   (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com
Email: scott.powers@bakerbotts.com

PAUL F. FEHLNER (*pro hac vice*)
LISA D. TYNER (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2527
Facsimile: (212) 259-2527
Email: paul.fehlner@bakerbotts.com
Email: lisa.tyner@bakerbotts.com

Attorneys for Plaintiffs ABBOTT DIABETES
CARE INC. and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO. C 06 07268-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

This case concerns the alleged infringement of seven U.S. patents owned by Plaintiffs. Two of the seven patents are also the subject of pending litigation in the Northern District of California: *Abbott Diabetes Care, Inc. et al. v. Roche Diagnostics Corp. et al.*, Case No. 3:05-CV-03117 WHA, and *TheraSense, Inc. and Abbott Laboratories v. Becton Dickinson and Co.*

*and related cases*; Case Nos. C04-2123 WHA; C04-3327 WHA; C04-3732 WHA (collectively, the "Earlier Litigation"). A third patent in this case is related to another patent subject to the Earlier Litigation. The Earlier Litigation was assigned to The Honorable Martin Jenkins and has recently been transferred to the docket of the Honorable Judge William H. Alsup. Judge Alsup has set a trial date of May 27, 2008 in the Earlier Litigation, and the parties involved in the Earlier Litigation are currently actively involved in pretrial activities.

In view of Abbott's involvement in current pretrial activities in the Earlier Litigation and the fact that the parties to this case are continuing to work to resolve document production issues which, in part, involve the cooperation of the defendants in the Earlier Litigation, Abbott Laboratories, Abbott Diabetes Care, Inc., and AgaMatrix, Inc. respectfully request that the case management conference scheduled for May 2, 2008 be continued. The parties stipulate that they have agreed, subject to the Court's approval, to August 1, 2008 at 10:30 a.m. as an alternative to the current setting.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: April 30, 2008 | GOODWIN PROCTER LLP<br>J. Anthony Downs (*pro hac vice*)<br>Shirley S. Paley (*pro hac vice*)<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br><br>By: /s/ Shirley S. Paley<br>Attorneys for Defendant<br>AGAMATRIX, INC. |
| DATED: April 30, 2008 | BAKER BOTTS LLP<br>James W. Cannon (*pro hac vice*)<br>Scott D. Powers (*pro hac vice*)<br>Paul F. Fehlner (*pro hac vice*)<br>Lisa D. Tyner (*pro hac vice*)<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353<br><br>By: /s/<br>Attorneys for Plaintiffs<br>ABBOTT DIABETES CARE, INC. and<br>ABBOTT LABORATORIES |

IT IS HEREBY ORDERED that the case management conference, currently scheduled for May 2, 2008, shall be and is hereby continued to August 1, 2008, at 10:30 a.m.

Dated: 5/1/08

Honorable Jeremy Fogel
United States District Judge

---

3

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE THE STATUS CONFERENCE
CASE NO. C 06 07268-JF