| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission St., 27th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 512-4000<br>Facsimile:   (415) 512-4077<br>Email: rohit.singla@mto.com | PAUL F. FEHLNER (*pro hac vice*)<br>LISA D. TYNER (*pro hac vice*)<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-2527<br>Facsimile:  (212) 259-2527<br>Email: paul.fehlner@bakerbotts.com<br>Email: lisa.tyner@bakerbotts.com |

JAMES W. CANNON, JR. (*pro hac vice*)
SCOTT D. POWERS (*pro hac vice*)
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Telephone:  (512) 322-2653
Facsimile:   (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: scott.powers@bakerbotts.com

Attorneys for Plaintiffs ABBOTT DIABETES
CARE INC. and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT LABORATORIES,<br><br>              Plaintiffs,<br><br>     vs.<br><br>AGAMATRIX, INC.,<br><br>              Defendant. | CASE NO. C 06 07268-JF<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Abbott Laboratories and Abbott Diabetes Care, Inc. and AgaMatrix, Inc. respectfully request that the Case Management Conference currently scheduled for August 8, 2008 be continued and re-set. The parties stipulate that they have agreed, subject to the Court's approval, to September 19, 2008 at 10:30 a.m. as an alternative to the current setting.

IT IS SO ORDERED.

Dated: 9/12/08

The Honorable Jeremy Fogel
United States District Judge

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: August 4, 2008 | GOODWIN PROCTER LLP |
| 3 | J. Anthony Downs (*pro hac vice*) |
|   | Shirley S. Paley (*pro hac vice*) |
| 4 | 53 State Street |
|   | Boston, MA 02109 |
| 5 | Telephone: (617) 570-1000 |
|   | Facsimile: (617) 523-1231 |

By: *Shirley S. Paley* / w/permission *Scott D. Powers*
Attorneys for Defendant
AGAMATRIX, INC.

DATED: August 4, 2008

BAKER BOTTS LLP
James W. Cannon (*pro hac vice*)
Scott D. Powers (*pro hac vice*)
Paul F. Fehlner (*pro hac vice*)
Lisa D. Tyner (*pro hac vice*)
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile: (512) 322-8353

By: *[signature]*
Attorneys for Plaintiffs
ABBOTT DIABETES CARE, INC. and
ABBOTT LABORATORIES