UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT DIABETES CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AGAMATRIX, INC. <br><br> Defendant.    / | CASE NO. C-06-7268 JF <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING PLAINTIFFS' REQUEST TO ALLOW LEAD TRIAL COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Pursuant to Civil Local Rule 16-10(a), Plaintiffs have submitted a request to permit their lead trial counsel to participate in the Court's Case Management Conference by telephone.

IT IS HEREBY ORDERED THAT Plaintiffs' request shall be, and is hereby, GRANTED. Accordingly, Plaintiffs' counsel, Paul Fehlner and Scott D. Powers, are permitted to participate in the September 19, 2008 Status Conference by telephone.

Counsel are directed to contact CourtCall at 866-582-6878.

Dated: 9/18/08

_____
United States District Judge

AUS01:453962.3