**E-Filed 3/25/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, et al., | Case Number C 06-7268 JF (PVT) |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| AGAMATRIX, INC., | |
| Defendant. | |

There have been no substantive filings in this case for well over one year. Plaintiffs are hereby ordered to appear on April 23, 2010, at 10:30 a.m., and show cause why the case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-7268 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)