ROHIT SINGLA (#213057)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
Email: rohit.singla@mto.com

**E-Filed 4/21/2010**

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,, <br><br> Plaintiffs, <br><br> vs. <br><br> AGAMATRIX, INC., <br><br> Defendant. | CASE NO.  C 06 07268-JF <br><br> ORDER GRANTING **JOINT MOTION TO VACATE HEARING ON ORDER TO SHOW CAUSE AND SET CASE MANAGEMENT CONFERENCE** |

10426522.1

JOINT MOTION TO SET CMC
C 06 07268 JF

On October 2, 2008, the Court granted the parties request to stay this matter pending the outcome of appeals in *Abbott Diabetes Care, Inc. et al. v. Roche Diagnostics Corp, et al.*, C`ase No. 3:05-CV-03117 WHA and *TheraSense, Inc. and Abbott Laboratories v. Becton Dickinson and Co. and related cases*, Case Nos. C04-2123 WHA, C04-3327 WHA, C04-3732 WHA.  A petition of rehearing en banc and potential petitions for certiorari remain pending in those appeals.

On March 25, 2010, this Court issued an Order to Show Cause why this case should not be dismissed with a return date of April 23, 2010.  The parties jointly request that the Order to Show Cause be taken off calendar and that instead a case management conference be set for Friday, May 21, 2010.  The brief delay in the CMC is requested to give the parties a short period to determine whether a settlement of this litigation is possible given the outcome of the appeals to date.  The parties are currently discussing a concrete proposal that would resolve this entire case.

DATED: April 13, 2010

MUNGER, TOLLES & OLSON, LLP
ROHIT SINGLA

By:     */s/ Rohit Singla*
ROHIT SINGLA

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

DATED: April 13, 2010

GOODWIN PROCTOR LLP
J. ANTHONY DOWNS (*pro hac vice*)

By:     */s/ J. Anthony Downs*
J. ANTHONY DOWNS
Attorneys for Defendant
AGAMATRIX, INC.

IT IS SO ORDERED.
Dated: 4/14/2010

_____
JEREMY FOGEL
United States District Judge