ROHIT SINGLA (#213057)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
*Email: rohit.singla@mto.com*

IAN J. MILLER (#257429)
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Email: ian.miller@mto.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,, <br><br> Plaintiffs, <br><br> vs. <br><br> AGAMATRIX, INC., <br><br> Defendant. | CASE NO. C 06-07268-JF <br><br> **JOINT CASE MANAGEMENT STATEMENT, REVISED PROPOSED SCHEDULE AND [PROPOSED] ORDER** |

This case involves U.S. Patent Nos. 6,071,391, 6,156,173, 6,503,381, 6,893,545, 6,143,164, 6,338,790 and 5,820,551 (the "Abbott Patents").  All seven patents are directed to blood glucose monitors and glucose monitoring test strips.  The '164 patent and the '551 patent were also the subject of litigation in the Northern District of California in *Abbott Diabetes Care, Inc. et al. v. Roche Diagnostics Corp, et al.*, Case No. 3:05-CV-03117 WHA and *TheraSense, Inc. and Abbott Laboratories v. Becton Dickinson and Co. and related cases*, Case Nos. C04-2123 WHA, C04-3327 WHA, C04-3732 WHA.  A patent in the same patent family as the '790 patent, U.S. Patent No. 6,592,745, was also at issue in these cases.  These cases proceeded to judgment, and on October 2, 2008, this Court granted the parties' request to stay this matter pending the outcome of appeals.

Earlier this year, a panel of the Federal Circuit affirmed the invalidity and unenforceability of the '551 patent.  In light of that decision, Abbott is no longer pursuing the '551 patent in this case.  (On April 26, 2010, the Federal Circuit granted Abbott's petition for rehearing certain issues related to the unenforceability of the '551 patent en banc.  *Therasense, Inc. v. Becton, Dickinson and Co.*, 2010 WL 1655391 (Fed. Cir. 2010).  The parties do not expect, however, that anything in the *en banc* process will affect the invalidity judgment with respect to the '551 patent.)  The parties request the Court lift the stay with respect to the remaining six Abbott Patents.

At the time this case was stayed, the patents-in-suit were on two slightly different tracks.  U.S. Patent Nos. 6,071,391, 6,156,173, 6,503,381 and 6,893,545 were the subject of Abbott's original complaint.  A Joint Claim Construction and Pre-Hearing Statement was filed for these patents on July 3, 2007.  The complaint was later amended to add US Patent Nos. 6,143,164, 6,338,790 and 5,820,551, and on October 17, 2007 the Court approved a schedule wherein parties continued exchanges regarding these newly-asserted patents as set forth in the

Patent Local Rules, while delaying the filing of Claim Construction briefs on the original four patents. Claim Construction briefing and the subsequent hearing would then encompass all of the patents-in-suit.

The parties have agreed on a schedule to govern this case through trial, set forth below. The parties believe this schedule promotes an expeditious resolution to this case while conserving judicial resources. The parties have no objection to the Court's taking the Case Management Conference off calendar should the Revised Proposed Schedule be deemed acceptable.

**Joint Proposed Schedule**

| Date | Event |
| --- | --- |
| June 21, 2010 | Deadline for parties to exchange "Proposed Terms and Claim Elements for Construction" as required by Patent Local Rule 4-1 for the newly-asserted patents. Parties shall meet and confer to narrow or resolve any differences in the lists and facilitate the preparation of "Joint Claim Construction and Prehearing Statement." |
| July 2, 2010 | Deadline for parties to exchange "Preliminary Claim Constructions and Extrinsic Evidence" as required by Patent Local Rule 4-2 for the newly-asserted patents. |
| August 16, 2010 | Deadline for parties to file "Joint Claim Construction and Pre-Hearing Statement" for the newly-asserted patents as required by Patent Local Rule 4-3. |
| August 16, 2010 | Parties' Initial Expert Disclosures and Reports on Claim Construction |
| September 1, 2010 | Parties' Responsive Expert Reports on Claim Construction |
| September 13, 2010 | Deadline for completion of discovery related to Claim Construction as required by Patent Local Rule 4-4 for all patents-in-suit. |
| October 1, 2010 | Deadline for Plaintiffs to file opening brief on claim construction for all patents-in-suit (Patent |

| | |
|---|---|
| | L.R. 4-5(a)). |
| October 22, 2010 | Deadline for Defendant to file responsive brief on claim construction for all patents-in-suit (Patent L.R. 4-5(b)). |
| October 29, 2010 | Deadline for Plaintiffs to file reply brief on claim construction for all patents-in-suit. |
| TBD by Court if Needed | Claim Construction pre-hearing conference (Patent L.R. 4-6). |
| November 12, 2010 or TBD by Court | Claim Construction hearing on all patents-in-suit. |
| March 7, 2011 | Close of fact discovery |
| March 21, 2011 | Initial expert reports |
| April 18, 2011 | Rebuttal expert reports |
| May 13, 2011 | Close of expert discovery |
| June 3, 2011 | Dispositive motion filing deadline |
| August 5, 2011 | Final Pretrial Conference |
| September 9, 2011 or as soon thereafter as determined by the Court | Trial |

DATED: May 20, 2010

MUNGER, TOLLES & OLSON, LLP
    ROHIT SINGLA
    IAN MILLER

By:   /s/ *Rohit Singla*
      ROHIT SINGLA

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

DATED: May 20, 2010

GOODWIN PROCTER LLP
    J. ANTHONY DOWNS
    ROLAND SCHWILLINSKI

By:   /s/ *Roland Schwillinski*
      ROLAND SCHWILLINSKI

Attorneys for Defendant
AGAMATRIX, INC.

**ORDER LIFTING STAY AND ADOPTING REVISED PROPOSED SCHEDULE**

The Court finds cause to lift the stay with respect to U.S. Patent Nos. 6,071,391, 6,156,173, 6,503,381, 6,893,545, 6,143,164, and 6,338,790, and good cause appearing, adopts the parties' Revised Proposed Schedule.

Dated: _____                    _____
                                     JEREMY FOGEL
                                     United States District Judge