UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 21, 2010   Time: 3 mins
**Case Number:** CV-06-7268-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**   **ABBOTT LABORATORIES, ET AL  V.  AGAMATRIX**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Rohit Singla | Attorneys Present: |

---

PROCEEDINGS:

Further case management conference held.  Parties are present.  The Court adopts the proposed case schedule.  The Court sets the case for claims construction hearing on 11/12/10 at 1:30 p.m., pretrial conference on 8/5/11 at 11:00 a.m. and jury trial on 9/9/11 at 1:30 p.m.