1  ROHIT K. SINGLA (SBN 213057)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street, 27th Floor
   San Francisco, CA  94105-2907
3  Telephone:      (415) 512-4000
   Facsimile:      (415) 512-4077
4  *Email:* Rohit.Singla@mto.com

5  IAN J. MILLER (SBN 257429)
   CHANTAL MORGAN D'APUZZO
6          (SBN 252223)
   MUNGER, TOLLES & OLSON LLP
7  355 South Grand Avenue, 35th Floor
   Los Angeles, CA  90071-1560
8  Telephone:      (213) 683-9100
   Facsimile:      (213) 687-3702
9  *Email:* Ian.Miller@mto.com
   *Email:* Chantal.DApuzzo@mto.com
10
   Attorneys for Plaintiffs
11
   ABBOTT LABORATORIES and
12 ABBOTT DIABETES CARE, INC.

PATRICK S. THOMPSON (SBN 160804)
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Telephone: (415) 733-6000
Facsimile:  (415) 677-9041
*Email:* PThompson@goodwinprocter.com

J. ANTHONY DOWNS (*pro hac vice*)
ROLAND H. SCHWILLINSKI (*pro hac vice*)
GAURI M. DHAVAN (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231
*Email:* JDowns@goodwinprocter.com
*Email:* RSchwillinski@goodwinprocter.com
*Email*: GDhavan@goodwinprocter.com

Attorneys for Defendant

AGAMATRIX, INC.

13

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN JOSE DIVISION**

17

18  ABBOTT LABORATORIES and
    ABBOTT DIABETES CARE, INC.,
19
                    Plaintiffs,
20
        vs.
21
    AGAMATRIX, INC.,
22
                    Defendant.
23

CASE NO. C 06 07268-JF

**STIPULATED REQUEST FOR ORDER
CHANGING TIME OF INITIAL CLAIM
CONSTRUCTION SUBMISSION UNDER
LOCAL RULE 6-2 AND [PROPOSED
ORDER]**

24

25

26

27

28

1    The Court adopted the parties' proposed case schedule on May 21, 2010, setting

2  the dates that govern this case until trial (Doc. No. 115).  The parties request the change of four

3  dates of the proposed case schedule (Doc. No. 114), from two to four days, only one of which

4  involves a submission to the Court:

5                                   **Revised Joint Proposed Schedule**

6

| Prior Date | Proposed Date | Event |
|---|---|---|
| August 16, 2010 | August 20, 2010 | Deadline for parties to file "Joint Claim Construction and Pre-Hearing Statement" for the newly-asserted patents as required by Patent Local Rule 4-3. |
| August 16, 2010 | August 20, 2010 | Parties' Initial Expert Disclosures and Reports on Claim Construction |
| September 1, 2010 | September 3, 2010 | Parties' Responsive Expert Reports on Claim Construction |
| September 13, 2010 | September 15, 2010 | Deadline for completion of discovery related to Claim Construction as required by Patent Local Rule 4-4 for all patents-in-suit. |

16    The parties jointly request that four dates be modified to accommodate the

17  schedules of plaintiffs' in-house counsel, in particular, to accommodate one in-house counsel's

18  vacation schedule and an unexpected change in in-house counsel staffing.  The parties do not

19  expect that these adjustments will affect the remaining dates in the schedule or any hearing dates.

20

21  DATED: August 12, 2010                  MUNGER, TOLLES & OLSON, LLP
                                                 ROHIT SINGLA
22                                               IAN MILLER
                                                 CHANTAL MORGAN D'APUZZO
23

24                                          By:    */s/ Chantal Morgan D'Apuzzo*
                                                 CHANTAL MORGAN D'APUZZO
25
                                            Attorneys for Plaintiffs
26                                          ABBOTT LABORATORIES
                                            and ABBOTT DIABETES CARE INC.
27

28

STIP. REQ. FOR ORDER CHANGING TIME OF
                                   INITIAL CLAIM CONSTRUCTION SUBMISSION
                                   UNDER L.R. 6-2  CASE NO. C 06-07268-JF

1    DATED: August 12, 2010          GOODWIN PROCTER LLP
                                           J. ANTHONY DOWNS

2                                            ROLAND SCHWILLINSKI
                                           GAURI M. DHAVAN

3

4                                      By:    /s/ *Roland Schwillinski*
                                               ROLAND SCHWILLINSKI

5

6                                      Attorneys for Defendant
                                     AGAMATRIX, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28