\*\*E-Filed 8/13/2010\*\*

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11   ABBOTT DIABETES CARE INC.                  CASE NO.  C 06-07268-JF
     AND ABBOTT LABORATORIES,
12                                              [PROPOSED] ORDER GRANTING
                                                STIPULATED REQUEST FOR
13            Plaintiffs,                       ORDER CHANGING TIME OF
                                                CLAIM CONSTRUCTION
14       vs.                                    SUBMISSIONS UNDER LOCAL
                                                RULE 6-2
15   AGAMATRIX, INC.,

16            Defendant.

17

18          The Court adopts the parties' Revised Proposed Schedule in the Stipulated Request

19   for Order Changing Time of Claim Construction Submissions under Local Rule 6-2.

20

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23   Dated: August_____, 2010          _____
                    13
24                                     Honorable Jeremy Fogel
                                       United States District Judge
25

26

27

28

