| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105-2907<br>Telephone:      (415) 512-4000<br>Facsimile:       (415) 512-4077<br>*Email:*  Rohit.Singla@mto.com<br><br>IAN J. MILLER (SBN 257429)<br>CHANTAL MORGAN D'APUZZO<br>           (SBN 252223)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Telephone:      (213) 683-9100<br>Facsimile:       (213) 687-3702<br>*Email:*  Ian.Miller@mto.com<br>*Email:*  Chantal.DApuzzo@mto.com<br><br>Attorneys for Plaintiffs<br><br>ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC. | PATRICK S. THOMPSON (SBN 160804)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 733-6000<br>Facsimile:  (415) 677-9041<br>*Email:*  PThompson@goodwinprocter.com<br><br>J. ANTHONY DOWNS (*pro hac vice*)<br>ROLAND H. SCHWILLINSKI (*pro hac vice*)<br>GAURI M. DHAVAN (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109<br>Telephone: (617) 570-1000<br>Facsimile:  (617) 523-1231<br>*Email:*  JDowns@goodwinprocter.com<br>*Email:*  RSchwillinski@goodwinprocter.com<br>*Email*: GDhavan@goodwinprocter.com<br><br>Attorneys for Defendant<br><br>AGAMATRIX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>AGAMATRIX, INC.,<br><br>            Defendant. | CASE NO. C 06 07268-JF<br><br>**STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO COMPEL**<br>XXXXXXXXXXXXXXXX **ORDER]**<br><br> Crtrm:   5 (Hon. Patricia V. Trumbull) |

1    WHEREAS

2    On August 24, 2010, counsel for Abbott and AgaMatrix came before the Court on Abbott's Motion to Compel Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15.  At the hearing the Court directed AgaMatrix to produce additional documents responsive to these requests by September 17, 2010.[1]  The Court also set a further hearing on Abbott's Motion to Compel for September 21, 2010 to address any issues that may remain regarding the Motion after the AgaMatrix production.

On September 17, 2010, counsel for AgaMatrix sent a letter to Abbott's counsel stating they had substantially completed their production of documents responsive to RFPs 11, 13, 14, 15, subject to certain issues set forth in the letter.  The letter also identified certain documents or portions of documents as being redacted on the basis that they contained trade secrets and/or were not relevant to issues in this litigation.  The letter was accompanied by a production of approximately 100,000 pages of materials, which arrived over the weekend of September 18.

Therefore, to permit Abbott to make an initial review of the production, and to permit the parties time to discuss issues relating to the production, the parties request the further hearing on Abbott's Motion to  Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15 be continued to September 28, 2010 at 10:00 am, or such other time as the Court sets.

---

[1] Abbott and AgaMatrix have a different understanding as to the scope of the Court's order, but neither party believes this need be decided for the purposes of this stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 20, 2010 | MUNGER, TOLLES & OLSON, LLP |
| | | ROHIT SINGLA |
| 3 | | IAN MILLER |
| | | CHANTAL MORGAN D'APUZZO |
| 4 | | |
| 5 | | By:  /s/ Ian Miller |
| | | IAN J. MILLER |
| 6 | | |
| 7 | | Attorneys for Plaintiffs |
| | | ABBOTT LABORATORIES |
| 8 | | and ABBOTT DIABETES CARE INC. |
| 9 | | |
| 10 | DATED: September 20, 2010 | GOODWIN PROCTER LLP |
| | | J. ANTHONY DOWNS |
| 11 | | ROLAND SCHWILLINSKI |
| | | GAURI M. DHAVAN |
| 12 | | |
| 13 | | By:  /s/ Roland Schwillinski |
| | | ROLAND SCHWILLINSKI |
| 14 | | |
| 15 | | Attorneys for Defendant |
| | | AGAMATRIX, INC. |

11725711.1
11728407.2

- 2 -

STIP. REQ TO CONTINUE HEARING ON MOTION TO COMPEL CASE NO. C 06-07268-JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO.  C 06-07268-JF<br><br>XXXXXXXXX )] **ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO COMPEL** |

Good cause appearing, the Court continues the Further Hearing on Abbott's Motion to Compel Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15 to September 28, 2010 at 10:00 AM.

IT IS SO ORDERED.

Dated: September _20___, 2010              _____
                                                                         Honorable Patricia Trumbull
                                                                         United States Magistrate Judge