1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES, | CASE NO. C 06-07268-JF |
|---|---|
| Plaintiffs, | **ORDER RE STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO COMPEL** |
| vs. | |
| AGAMATRIX, INC., | |
| Defendant. | |

Good cause appearing, the Court continues the Further Hearing on Abbott's Motion to Compel Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15 to October 19, 2010 at 10:00 AM.  No later than October 14, 2010, the parties shall file a joint supplemental brief setting forth their respective positions regarding each issue that remains in dispute.

IT IS SO ORDERED.

Dated: September 27, 2010

*Patricia V. Trumbull*
Honorable Patricia Trumbull
United States Magistrate Judge

11725711.1

[PROPOSED] ORDER GRANTING STIP. REQ TO CONTINUE HEARING ON MOTION TO COMPEL