UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AGAMATRIX, INC.,<br><br>　　　　Defendant. | CASE NO.  C 06-07268-JF<br><br>**ORDER GRANTING SECOND STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO COMPEL** |

Good cause appearing, the Court continues the Further Hearing on Abbott's Motion to Compel Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15 to November 2, 2010 at 10:00 AM. No later than October 28, 2010, the parties shall file a joint supplemental brief setting forth their respective positions regarding each issue that remains in dispute.

IT IS SO ORDERED.

Dated:  October  12, 2010

　　　　　　　　　　　　　　　　　　Honorable Patricia Trumbull
　　　　　　　　　　　　　　　　　　United States Magistrate Judge