**E-Filed 10/14/2010**

| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>*Email:*  Rohit.Singla@mto.com | PATRICK S. THOMPSON (SBN 160804)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 733-6000<br>Facsimile:  (415) 677-9041<br>*Email:*  PThompson@goodwinprocter.com |
| IAN J. MILLER (SBN 257429)<br>CHANTAL MORGAN D'APUZZO<br>              (SBN 252223)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>*Email:*  Ian.Miller@mto.com<br>*Email:*  Chantal.DApuzzo@mto.com | J. ANTHONY DOWNS (*pro hac vice*)<br>ROLAND H. SCHWILLINSKI (*pro hac vice*)<br>GAURI M. DHAVAN (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109<br>Telephone: (617) 570-1000<br>Facsimile:  (617) 523-1231<br>*Email:* JDowns@goodwinprocter.com<br>*Email:* RSchwillinski@goodwinprocter.com<br>*Email*: GDhavan@goodwinprocter.com |
| Attorneys for Plaintiffs<br>ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC. | Attorneys for Defendant<br>AGAMATRIX, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC.,<br><br>         Plaintiffs,<br><br>   vs.<br><br>AGAMATRIX, INC.,<br><br>         Defendant. | CASE NO. C 06 07268-JF<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE [AND ~~PROPOSED~~ ORDER]**<br><br> Crtrm:  3 (Hon. Jeremy D. Fogel) |

1   On September 30, 2010 counsel for the parties appeared before this Court in a case management conference.  At this hearing the parties notified this Court that they were nearing settlement and requested a brief delay in certain dates to permit them time to reach an agreement.  This Court postponed the claim construction hearing approximately one month to December 6, 2010, suspended the claim construction briefing schedule, and ordered a further case management conference on October 15, 2010.

The parties have made progress since the September 30 hearing, and continue to work diligently toward settlement.  There remain, however, a few issues to be resolved in the drafting of a final agreement.  The parties believe that these issues can be resolved with a little additional time.  To permit the parties time to resolve these remaining issues the parties jointly request the October 15, 2010 case management conference be continued to November 11, 2010 at 11:00 am, or such other time thereafter as the Court sets.  The parties recognize that the claim construction hearing and briefing schedule will need to be reset at that time should the case not settle.

1  DATED: October 14, 2010                MUNGER, TOLLES & OLSON, LLP
                                            ROHIT SINGLA
2                                           IAN MILLER
                                            CHANTAL MORGAN D'APUZZO
3

4                                         By:   */s/ Rohit Singla*
                                                ROHIT SINGLA
5
                                          Attorneys for Plaintiffs
6                                         ABBOTT LABORATORIES
                                          and ABBOTT DIABETES CARE INC.
7

8

9  DATED: October 14, 2010                GOODWIN PROCTER LLP
                                            J. ANTHONY DOWNS
                                            ROLAND SCHWILLINSKI
10                                          GAURI M. DHAVAN

11

12                                        By:   */s/ J. Anthony Downs*
                                                J. ANTHONY DOWNS
13
                                          Attorneys for Defendant
14                                        AGAMATRIX, INC.

- 2 -

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO. C 06 07268-JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO. C 06-07268-JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE [AS MODIFIED]** |

Good cause appearing, the case management conference is continued to November ~~11~~ 12, 2010 at 11:00 am.

IT IS SO ORDERED.

Dated: October 14, 2010

_____
Honorable Jeremy Fogel
United States District Judge