UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO. C 06-07268-JF<br><br>**ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING ON MOTION TO COMPEL** |

Good cause appearing, the Court vacates the date for the Further Hearing on Abbott's Motion to Compel Documents Required by Patent L.R. 3-4(a) and Documents Responsive to RFPs 11, 13, 14 and 15.

IT IS SO ORDERED.

Dated: October ___, 2010

_____
Honorable Patricia Trumbull
United States Magistrate Judge