\*\*E-Filed 11/4/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AGAMATRIX, INC.,<br><br>Defendant. | CASE NO. C 06-07268-JF<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Good cause appearing, the case management conference is continued January 7, 2011 at 10:30 am.

IT IS SO ORDERED.

Dated: November  4 , 2010

_____
Honorable Jeremy Fogel
United States District Judge