**E-Filed 3/17/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES, | CASE NO.  C 06-07268-JF |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| AGAMATRIX, INC., | |
| Defendant. | |

Good cause appearing, the case management conference is continued to April 1, 2011 at 10:30 am.

IT IS SO ORDERED.

Dated:  March ~~15~~, 2011    17

_____
Honorable Jeremy Fogel
United States District Judge