| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>*Email:*  Rohit.Singla@mto.com<br><br>Attorney for Plaintiffs<br><br>ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC. | PATRICK S. THOMPSON (SBN 160804)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 733-6000<br>Facsimile:  (415) 677-9041<br>*Email:*  PThompson@goodwinprocter.com<br><br>J. ANTHONY DOWNS (*pro hac vice*)<br>ROLAND H. SCHWILLINSKI (*pro hac vice*)<br>GAURI M. DHAVAN (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109<br>Telephone: (617) 570-1000<br>Facsimile:  (617) 523-1231<br>*Email:* JDowns@goodwinprocter.com<br>*Email:* RSchwillinski@goodwinprocter.com<br>*Email*: GDhavan@goodwinprocter.com<br><br>Attorneys for Defendant<br><br>AGAMATRIX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT DIABETES CARE, INC.,<br><br>              Plaintiffs,<br><br>      vs.<br><br>AGAMATRIX, INC.,<br><br>              Defendant. | CASE NO. C 06 07268-JF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT AGAMATRIX, INC**<br><br> Crtrm:  3 (Hon. Jeremy D. Fogel) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Abbott Laboratories and Abbott Diabetes Care Inc. and Defendant AgaMatrix, Inc., by and through their undersigned counsel, do hereby stipulate and agree to a dismissal of the above-captioned action in its entirety with prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs, and waiving all rights of appeal.

Respectfully submitted,

By: /s/ Rohit K. Singla
ROHIT K. SINGLA (SBN 213057)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
*Email:* Rohit.Singla@mto.com

Counsel for Plaintiffs
ABBOTT LABORATORIES and
ABBOTT DIABETES CARE INC.

By: /s/ Roland H. Schwillinski
PATRICK S. THOMPSON (SBN 160804)
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
*Email:* PThompson@goodwinprocter.com

J. ANTHONY DOWNS (*pro hac vice*)
ROLAND H. SCHWILLINSKI (*pro hac vice*)
GAURI M. DHAVAN (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
*Email:* JDowns@goodwinprocter.com
*Email:* RSchwillinski@goodwinprocter.com
*Email*: GDhavan@goodwinprocter.com

Counsel for Defendant
AGAMATRIX, INC.

Dated: April 5, 2011

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **<u>PROOF OF SERVICE</u>** |
| 2 | I certify that this document filed through the ECF system will be sent |
| 3 | electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) |
| 4 | and paper copies will be sent to those indicated as non registered participants on April 4, 2011 |

<u>/s/ Roland H. Schwillinski</u><br>
Roland H. Schwillinski